## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLIE PEARSON, ROGER BURRELL, BRIAN GIVENS, and THE LAW OFFICES OF MARK BOOKER, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THOMAS M. HODGSON,<br>  Individually and<br>  In His Official capacity as Sheriff<br>  Of Bristol County<br><br>and<br><br>SECURUS TECHNOLOGIES, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-11130<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECURUS TECHNOLOGIES, INC.'S MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum of law, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Securus Technologies, Inc. respectfully moves this Court to dismiss with prejudice Plaintiffs' Complaint.

Dated: July 20, 2018

                                                          Respectfully submitted,

                                                          By: */s/ Elizabeth Herrington*
                                                          Jason D. Frank, BBO #634985
                                                         Amanda McGee, BBO #678883
                                                         **MORGAN, LEWIS & BOCKIUS LLP**
                                                          One Federal Street
                                                          Boston, MA  02110-1726
                                                          Tel. 617.951.8000
                                                          Fax. 617.951.8736
                                                          jason.frank@morganlewis.com
                                                          amanda.mcgee@morganlewis.com

        Elizabeth B. Herrington *
        Megan R. Braden *
        **MORGAN, LEWIS & BOCKIUS LLP**
        77 West Wacker Drive
        Chicago, IL 60601-5094
        Tel. 312.324.1445
        Fax. 312.324.1001
        beth.herrington@morganlewis.com
        megan.braden@morganlewis.com

        *Attorneys for Securus Technologies, Inc.*

        *\*Admitted pro hac vice*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Elizabeth Herrington, counsel for Securus, hereby certify that I conferred by email with counsel for Plaintiffs and attempted in good faith to narrow or resolve the issue presented in this motion, but the parties were unable to narrow the issues presented therein.

        */s/ Elizabeth B. Herrington*
        Elizabeth B. Herrington

## CERTIFICATE OF SERVICE

I, Elizabeth Herrington, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2018.

        */s/ Elizabeth Herrington*
        Elizabeth Herrington