# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELLIE PEARSON and THE LAW OFFICES OF MARK BOOKER, on behalf of themselves and those similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:18-cv-11130 |
| | ) |
| THOMAS M. HODGSON, Individually and In His Official Capacity as Sheriff Of Bristol County | )<br>)<br>)<br>)<br>) |
| and | ) |
| | ) |
| SECURUS TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THOMAS M. HODGSON'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant Thomas M. Hodgson respectfully moves this Court to grant judgment in his favor as a matter of Massachusetts state law. In support of his motion, Defendant Hodgson submits the accompanying memorandum of law.

## REQUEST FOR ORAL ARGUMENT

Defendant Thomas M. Hodgson respectfully requests a hearing to present his arguments in favor of this Motion pursuant to Local Rule 7.1(d).

Dated: July 1, 2019

                                                Respectfully submitted,

                                                /s/ Ian D. Roffman
                                                Ian D. Roffman (BBO # 637564)
                                                As Special Assistant Attorney General
                                                for this matter
                                                iroffman@nutter.com
                                                Nutter McClennen & Fish LLP
                                                Seaport West, 155 Seaport Blvd.
                                                Boston, Massachusetts 02210
                                                Tel. (617) 439-2000

                                                *Counsel for Defendant Thomas M. Hodgson, in his official capacity as Sheriff of Bristol County*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)

     Counsel for the parties have met and conferred on the issues presented herein pursuant to Local Rule 7.1(a)(2).

                                                /s/ Ian D. Roffman
                                                Ian D. Roffman

## CERTIFICATE OF SERVICE

     I certify that on July 1, 2019, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Ian D. Roffman
                                                Ian D. Roffman