# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KELLIE PEARSON and THE LAW OFFICES OF MARK BOOKER, on behalf of themselves and those similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-11130 |
| THOMAS M. HODGSON, Individually and In His Official Capacity as Sheriff Of Bristol County | ) ) ) ) ) | |
| and | ) ) | |
| SECURUS TECHNOLOGIES, INC. | ) ) | |
| Defendants. | ) | |

## DEFENDANT SECURUS TECHNOLOGIES, INC.'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant Securus Technologies, Inc. ("Securus") respectfully moves this Court to grant judgment on the pleadings in its favor as a matter of Massachusetts law. In support of its motion, Securus submits the accompanying memorandum of law.

## REQUEST FOR ORAL ARGUMENT

Securus respectfully requests a hearing to present its arguments in support of this Motion pursuant to Local Rule 7.1(d).

Dated: July 12, 2019

        Respectfully submitted,

        **SECURUS TECHNOLOGIES, INC.**

        By: */s/ Elizabeth Herrington*
        Jason D. Frank, BBO #634985
        Morgan, Lewis & Bockius LLP
        One Federal Street
        Boston, MA  02110-1726
        Tel. 617.951.8000
        Fax. 617.951.8736
        jason.frank@morganlewis.com

        Elizabeth B. Herrington *
        Megan R. Braden *
        Morgan, Lewis & Bockius LLP
        77 West Wacker Drive
        Chicago, IL 60601-5094
        Tel. 312.324.1445
        Fax. 312.324.1001
        beth.herrington@morganlewis.com
        megan.braden@morganlewis.com

        *Attorneys for Securus Technologies, Inc.*

        *\*Admitted pro hac vice*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)

Counsel for the parties have met and conferred on the issues presented herein pursuant to Local Rule 7.1(a)(2).

        */s/ Elizabeth Herrington*
        Elizabeth Herrington

## CERTIFICATE OF SERVICE

I, Elizabeth Herrington, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2019.

*/s/ Elizabeth Herrington*
Elizabeth Herrington