**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KELLIE PEARSON, ROGER BURRELL, ) <br> BRIAN GIVENS, and THE LAW ) <br> OFFICES OF MARK BOOKER, on ) <br> behalf of themselves and those ) <br> similarly situated, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOMAS M. HODGSON, ) <br>   In His Official Capacity as Sheriff ) <br>   Of Bristol County ) <br> ) <br> and ) <br> ) <br> SECURUS TECHNOLOGIES, INC., ) <br> ) <br>         Defendants. ) | Case No. 18-cv-11130 |

**PLAINTIFFS' MOTION**
**FOR PARTIAL SUMMARY JUDGMENT ON COUNT 1**
**OF THEIR COMPLAINT AGAINST DEFENDANT THOMAS M. HODGSON**
**IN HIS OFFICIAL CAPACITY AS SHERIFF OF BRISTOL COUNTY**

Plaintiffs, Kellie Pearson, and the Law Offices of Mark Booker, on behalf of themselves and those similarly situated ("Plaintiffs") respectfully move this Court, pursuant to the provisions of Fed. R. Civ. P. 56(c), for entry of partial summary judgment on Count 1 of their Complaint against Thomas M. Hodgson ("Hodgson") in his official capacity as Sheriff of Bristol County. In support of their motion, Plaintiffs have filed herewith a Memorandum in Support of Partial Summary Judgment and a separate Statement of Undisputed Material Facts.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request a hearing to present their arguments in support of this Motion pursuant to Local Rule 7.1(d).

Dated: July 26, 2019

Respectfully submitted,

By: */s/Stuart T. Rossman*
Stuart T. Rossman, BBO No. 430640
Brian Highsmith, BBO No. 601174 *
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
P: (617) 542-8010
F: (617) 542-8028
srossman@nclc.org
jdarcus@nclc.org
bhighsmith@nclc.org

Joanna K. Darcus, BBO No. 601146 *
NATIONAL CONSUMER LAW CENTER
1001 Connecticut Ave NW, Suite 510
Washington, DC 20036
P: (202) 452-6252
F: (202) 296-4062
jdarcus@nclc.org

Bonita Tenneriello, BBO No. 662132
Elizabeth Matos, BBO No. 671505
Rebecca Schapiro, BBO No. 688781
PRISONERS' LEGAL SERVICES OF
MASSACHUSETTS
50 Federal St, 4th Floor
Boston, MA  02110
P: (617) 482-2773
F: (617) 451-6383
btenneriello@plsma.org
lmatos@plsma.org
rschapiro@plsma.org

Roger Bertling, BBO No. 560246
THE WILMERHALE LEGAL SERVICES
CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
P: (617) 522-3003
F: (617) 522-0715
rbertlin@law.harvard.edu

John Roddy, BBO No. 424240
Elizabeth Ryan, BBO No. 549632
BAILEY & GLASSER LLP
99 High Street, Suite 304
Boston MA 02110
P: (617) 439-6730
F: (617) 951-3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

*Attorneys for Plaintiffs and Proposed Classes*

* *Admitted pro hac vice*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

  I, Stuart T. Rossman, counsel for Plaintiffs, hereby certify that I conferred with counsel for Defendants with regards to this Motion for Partial Summary Judgment on or before July 26, 2019.

                */s/Stuart T. Rossman*
                Stuart T. Rossman, BBO #430640

## **CERTIFICATE OF SERVICE**

I, Stuart T. Rossman, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2019.

>    */s/Stuart T. Rossman*
>    Stuart T. Rossman, BBO #430640