**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| KELLIE PEARSON and THE LAW OFFICES OF MARK BOOKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:18-CV-11130 |
| THOMAS HODGSON, In His Official Capacity as Sheriff Of Bristol County | ) ) ) ) | |
| and | ) ) | |
| SECURUS TECHNOLOGIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

**PLANTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS CO-COUNSEL**

**Class Certification**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and Chapter 93A, Section 9, of the Massachusetts General Laws, Plaintiffs Kellie Pearson and the Law Offices of Mark Booker respectfully move for Class Certification of a hybrid class consisting of an Injunctive Relief Class under Fed. R. Civ. P. 23(b)(2) and a Monetary Relief Class under Fed. R. Civ. P. 23(b)(3).

The proposed **Injunctive Relief Class** consists of all persons who currently pay, or in the future will pay, for calls billed at the intrastate rate under the contract between Securus Technologies, Inc. ("Securus") and the Bristol County Sheriff's Office ("BCSO") entered into on

August 8, 2011, as most recently amended ("the Contract"), or any other contract for telephone services that requires Securus to make payments to the BCSO.

The proposed **Monetary Relief Class** consists of all persons who have paid for calls billed at the intrastate rate under the Contract since May 2, 2014.

A memorandum of law in support of the motion for Class Certification ("Certification Memorandum") is being filed concurrently with this motion. Plaintiffs respectfully request that the motion for Class Certification be granted for the reasons stated in the Certification Memorandum.

## Appointment of Class Co-Counsel

If the motion for Class Certification is granted, Plaintiffs also respectfully move pursuant to Fed. R. Civ. P. 23(g)(1) to appoint Stuart T. Rossman of the National Consumer Law Center ("NCLC"), and Elizabeth Ryan and John Roddy of Bailey & Glasser LLP ("Bailey & Glasser") as Class Co-Counsel of the certified hybrid class. The appointments should be made for the following reasons:

i. *Pearson* Co-Counsel performed substantial work in "identifying or investigating potential claims in the action." Fed. R. Civ. P. 23(g)(1)(A)(i). The complaint is the result of a thorough investigation undertaken by Co-Counsel. Certification Memorandum Ex. C at ¶ 17.

ii. Co-Counsel have significant "experience in handling class actions, other complex litigation, and the types of claims asserted in the action," Fed. R. Civ. P. 23(g)(1)(A)(ii), and are "knowledge[able on] the applicable law." Fed. R. Civ. P. 23(g)(1)(A)(iii). NCLC is a non-profit organization with extensive expertise in consumer class actions, and is

active in the intersection of criminal and consumer law. Certification Memorandum Ex. C at ¶ 14. NCLC Attorney Stuart Rossman has been lead or co-counsel in over 100 filed consumer class action cases during his tenure at NCLC. Certification Memorandum Ex. C at ¶ 12. Bailey & Glasser is a law firm concentrating its practice in the areas of complex commercial and class action litigation. Bailey & Glasser Attorneys Elizabeth Ryan and John Roddy are partners at Bailey & Glasser, and both have dedicated virtually all of their time in private practice to individual and class action consumer litigation. Certification Memorandum Ex. D at ¶ 5, 8, 10, 14. Attorney Ryan has been appointed class counsel in over 50 filed consumer class action cases while in private practice. Certification Memorandum Ex. D at ¶ 14.

iii.  Finally, Co-Counsel have ample resources and are committed to prosecuting this case zealously and efficiently on behalf of the proposed hybrid class pursuant to Fed. R. Civ. P. 23(g)(1)(A)(iv). NCLC has over 30 attorneys and legal fellows, with its primary office located in Boston, MA. Bailey & Glasser has over 50 attorneys, with its primary office in Charleston, WV.

Dated: August 14, 2019

Respectfully submitted,

By: */s/ Stuart T. Rossman*
Stuart T. Rossman, BBO No. 430640
Brian Highsmith BBO No. 601174 *
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
P: (617) 542-8010
F: (617) 542-8028
srossman@nclc.org
jdarcus@nclc.org
bhighsmith@nclc.org

Joanna K. Darcus
NATIONAL CONSUMER LAW CENTER
1001 Connecticut Ave NW, Suite 510
Washington, DC 20036
P: (202) 452-6252
F: (202) 296-4062
jdarcus@nclc.org

Bonita Tenneriello, BBO No. 662132
Elizabeth Matos, BBO No. 671505
Rebecca Schapiro, BBO No. 688781
PRISONERS' LEGAL SERVICES OF
MASSACHUSETTS
50 Federal St, 4th Floor
Boston, MA  02110
P: (617) 482-2773
F: (617) 451-6383
btenneriello@plsma.org
lmatos@plsma.org
rschapiro@plsma.org

Roger Bertling, BBO No. 560246
THE WILMERHALE LEGAL SERVICES
CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
P: (617) 522-3003
F: (617) 522-0715
rbertlin@law.harvard.edu

John Roddy, BBO No. 424240
Elizabeth Ryan, BBO No. 549632
BAILEY & GLASSER LLP
99 High Street, Suite 304
Boston MA 02110
P: (617) 439-6730
F: (617) 951-3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

*Attorneys for Plaintiffs and Proposed
Classes*

*\* Admitted pro hac vice*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Stuart T. Rossman, Co-Counsel for Plaintiffs, hereby certify that I conferred with counsel for Defendants with regards to this Motion for Class Certification and Appointment of Class Co-Counsel on or before August 14, 2019.

/s/ Stuart T. Rossman
Stuart T. Rossman, BBO No. 430640

## CERTIFICATE OF SERVICE

I, Stuart T. Rossman, hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on August 14, 2019.

/s/ Stuart T. Rossman
Stuart T. Rossman, BBO No. 430640