# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone (617) 557-1020, Fax 617-557-1145

United States District Court for the District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, MA 02210

RE:    No. SJC-13110

**Kellie Pearson, Roger Burrell, Brian Givens, and the Law Offices of Mark Booker, on behalf of themselves and those similarly situated**

v.

**Thomas M. Hodgson, individually and in his official capacity as Sheriff of Bristol County, and Securus Technologies, Inc.**

Lower court information:

    Lower Court:   Federal Court
    Docket No(s): 18-CV-11130-IT

Route to SJC:    Direct Entry: Certified Question

## NOTICE OF ENTRY

Pursuant to Mass. R. A. P. 10(a)(3), you are hereby notified that, on April 23, 2021, the above-referenced case was entered on the docket of this court.

Francis V. Kenneally Clerk

Dated: April 23, 2021